**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                             Of Case and Names of Parties

April 21, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JULY 24, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #21.***

| Case Number | Case Name |
|---|---|
| 22-11980 | United States v. Jirard Kincherlow |
| 22-11185 | Genworth Life and Annuity Insurance Company, et al. v. TVPX ARS, Inc. |
| 22-10267 | United States v. Marco Perez |
| 22-10630 | United States v. Chalmer Detling, II |
| 21-12828 & 22-10135 | Eric Rudolph v. United States |
| 22-11752 | Brandon Bluhm v. Wyndham Vacation Ownership, Inc., et al. |
| 22-11159 | United States v. Chris Mapson, et al. |
| 22-10572 | United States v. Rasheem Atis (Consolidated with 22-10618, United States v. Pierre LaLeau |
| 22-10881 | Douglas Stalley Lake CI Warden, et al. |
| 22-11207 | Sheldon Turner v. U.S. Attorney General |
| 21-13668 | Sean Reilly v. Secretary, Florida Dept. of Corrections (REVISED ARGUMENT DATE) |
| 22-11285 | Cierra Geter v. Schneider National Carriers, Inc. |